UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GALEN L. BROWN, ) | |
| ) | Case No. 1:08-CV-2049 |
| Plaintiff, ) | |
| ) | JUDGE ANN ALDRICH |
| v. ) | |
| ) | Magistrate Judge Greg White |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | MEMORANDUM AND ORDER |
| ) | |
| ) | |

This matter was referred to Magistrate Judge White for a report and recommendation ("R&R"), which was filed on August 18, 2009. [Dkt. 22]. Magistrate Judge White recommended that the Commissioner's final decision be vacated and that the case be remanded.

On September 1, 2009, the Commissioner notified this court that it would not be filing an objection to the R&R. [Dkt. 23]. Because neither party has filed an objection to the R&R, further review in this court of the R&R is waived. *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995). Accordingly, this court adopts the R&R in its entirety, and for the reasons stated therein, vacates the Commissioner's decision and remands the case for further proceedings consistent with the R&R.

Because the parties have not filed objections, they have waived their rights to appellate review. *Miller*, 50 F.3d at 380. Therefore, this order is final, but not appealable.

IT IS SO ORDERED.

                                                                           */s/ Ann Aldrich*
                                                                           ANN ALDRICH
                                                                          UNITED STATES DISTRICT JUDGE

**Dated: September 17, 2009**